PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Aaron Morris  **Docket Number:** 07-00462-001
 **PACTS Number:** 47410

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/09/2010

**Original Offense:** Conspiracy to Distribute and Possess with Intent to Distribute MDMA

**Original Sentence:** Time served followed by 3 years supervised release. $100 Special Assessment; drug testing and treatment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/09/10

**Assistant U.S. Attorney:** Brian L. Urbano, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

Defense Attorney: To be determined

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On April 27, 2012, agents from the Alcohol, Tobacco, Firearms and Explosions arrested the offender in Aiken, South Carolina, and charged Morris with various drug offenses, such as possession of approximately 200 pounds of marijuana, possession of 200 grams of heroin and possession of an unknown amount of morphine. |
| | The offender remains in the Aiken County Detention Center, located at 435 Wire Road, Aiken, South Carolina 29801, inmate number 120122. |
| 2 | The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.' |
| | The offender traveled to Aiken, South Carolina, in around April 27, 2012, without permission by probation. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Andrea Shumsky
U.S. Probation Officer
Date: 05/1/12

*Carolee Ann Azzarello 2012.05.01 15:04:28 -04'00'*

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 3, 2012
_____
Date

REC'D 5/2/12

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

May 1, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Dickinson R. Debevoise
Martin Luther King, Jr.
Federal Building and United States Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey

RE: Morris, Aaron
Dkt. No. 2-CR-07-462(1)
**Notification of New Arrest and
Request for the issuance of a Warrant**

Dear Judge Debevoise:

On September 9, 2010, the above-referenced was sentenced by Your Honor to time served (November 26, 2006 to September 9, 2010), followed by three years supervised release, for his participation in a Conspiracy to Distribute and Possess with Intent to Distribute MDMA. A $100 special assessment was imposed and satisfied on May 2, 2011.

On April 27, 2012, we received notification that the offender was arrested in Aiken, South Carolina, by the Bureau of Alcohol, Tobacco, Firearms and Explosives. He was charged with various drug offenses (possession of approximately 200 pounds of marijuana, 200 grams of heroin, and possession of an unknown amount of morphine). The details of the offense are awaited. In addition to the most recent arrest, the offender left the jurisdiction without permission from the probation office. Morris is currently lodged at the Aiken County Detention Center, located at 435 Wire Road, Aiken, South Carolina 29801, inmate number 120122.

Attached is a Probation Form 12C, Petition for Warrant of Summons for Offender Under Supervision, detailing the alleged violations and respectfully request the issuance of a warrant. The 12D, Violation of Supervised Release Report, will be forwarded upon completion.

The undersigned is available at (973) 223-9750, for further questions.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Carolee Ann Azzarello
2012.05.01 15:00:10
-04'00'
By: Andrea P. Shumsky
U.S. Probation Officer

/aps